IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN CUBIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2014-672-R |
| | ) |
| MATHIS BROS. OKLAHOMA CITY, LLC., f/k/a MATHIS BROTHERS FURNITURE COMPANY, INC., and SHAD RILEY, individually as Operations Manager, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Bryan Cubit, hereby stipulates with the defendants, Mathis Bros. Oklahoma City, L.L.C. and Shad Riley, that this action shall be dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

s/ Nathan L. Whatley
Signature of filing attorney

s/Jana B. Leonard
(Signed by Nathan L. Whatley with permission of Jana B. Leonard)
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
Emily Van Volkinburg, OBA # 31744
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
Telephone:  (405) 239-3800
Facsimile:   (405) 239-3801
*leonardjb@leonardlaw.net*
*haupts@leonardlaw.net*
ATTORNEYS FOR PLAINTIFF

Case 5:14-cv-00672-R   Document 42   Filed 05/22/15   Page 2 of 2

2

        s/Nathan L. Whatley_____
Nathan L. Whatley, OBA #14601
Kristin M. Simpsen, OBA # 22302
McAfee & Taft
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Fax: (405) 235-0439
E-mail: nathan.whatley@mcafeetaft.com

ATTORNEYS FOR THE
DEFENDANTS